IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| VALERIO LOPEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 8:08-cv-01579-DKC |
| NTI, LLC, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ~~PROPOSED~~ ORDER APPROVING SETTLEMENT
### AND ENTRY OF CONSENT DECREE

This matter having come before the Court on the Joint Motion for Approval of Settlement and Entry of Consent Decree filed by the parties, the Court having reviewed the Memorandum of Law and the material terms of settlement pertaining to each of the Plaintiffs and Settlement Plaintiffs, and it appearing that the terms of settlement are fair, adequate and reasonable, consistent with the aims of the Fair Labor Standards Act, the Maryland Wage and Hour Law, the Maryland Wage Payment and Collection Act, and Maryland common law, and intended to further the ends of justice and protect the rights of the parties, it is hereby:

ORDERED that the Settlement, consistent with the Consent Decree entered by this Court, be, and it is hereby, APPROVED.

Entered this 11th day of December, 2008.

_Deborah Chasanow_
Deborah K. Chasanow
United States District Judge