

# LUCHANSKY, P.A.
LAWYERS FOR THE LIFE CYCLE

Individual | Business

March 24, 2011

The Honorable Magistrate Judge Paul W. Grimm
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        RE:   *Lopez, et al. v. NTI, Inc., et al.*
              Case No. 8:08-cv-01579
              Motion to Withdraw Appearance

Dear Judge Grimm:

      The undersigned, Bruce M. Luchansky, Esq., and Luchansky, P.A., hereby respectfully move to withdraw as counsel on behalf of Defendants Mike Bahmani and XTEL Construction Group, LLC ("Defendants"). During the course of settlement negotiations among the parties, irreconcilable differences have arisen between counsel and Defendants concerning how to best manage this case, and counsel will be unable to continue to provide effective representation.

      Defendants' names are: Mike Bahmani and XTEL Construction Group, LLC.
      Defendants' last known address is: 1647 Eton Way, P.O. Box 4853, Crofton, Maryland 21114
      Pursuant to Loc.Civ.Rule 101.2, a letter was mailed to Defendants seven (7) days ago, on March 17, 2011, advising them of counsel's intention to move to withdraw from this case, and providing the notices to Defendants required by the Rule. A copy of the letter is attached as Exhibit 1.

      For the foregoing reasons, counsel respectfully requests that this Motion be granted, and that counsel be permitted to withdraw from representation in this case.

                                Respectfully submitted,

                                Bruce M. Luchansky, Esq.
                                Luchansky, P.A.
                                911 North Charles Street, Third Floor
                                Baltimore, Maryland 21201

The Honorable Magistrate Judge Paul W. Grimm
March 24, 2011
Page Two

---

      I hereby affirm under the penalties of perjury and based upon personal knowledge that the foregoing information is true.

                                        Bruce M. Luchansky, Esq.